1
2
3
4
5          **UNITED STATES DISTRICT COURT**
6              **DISTRICT OF NEVADA**
7
8   LELAND OZAWA, an individual; and         2:12-CV-494 JCM (RJJ)
    JANELLE OZAWA, an individual,
9
10              Plaintiffs,
11  v.
12  THE BANK OF NEW YORK
    MELLON FKA THE BANK OF NEW
13  YORK, et al.,
14
               Defendants.
15
16                              **ORDER**

17       Presently before the court is plaintiffs Leland and Janelle Ozawa's motion for an order

18  shortening time pursuant to Local Rule of Civil Practice 6-1.  (Doc. #8).  Defendants have not

19  responded.

20       Plaintiffs represent that this action, originally filed in the Eight Judicial District Court was

21  set to have a preliminary injunction hearing on Monday, March 26, 2012.  Defendants, instead of

22  filing an opposition to the motion for preliminary injunction, exercised their right to remove the case.

23  The case was removed to this court on Friday, March 23, 2012.

24       Plaintiffs have an eviction hearing set for Monday, April 9, 2012, at 2:00pm.  If this court

25  hears the instant motion for preliminary injunction in the ordinary course, plaintiffs may be evicted

26  from their property prior to the court reaching the merits of the motion.

27
28

**James C. Mahan**
**U.S. District Judge**

In light of these exigent circumstances the court finds that an order shortening time is appropriate. Furthermore, in light of the fact that the defendants had notice of the motion for preliminary injunction since March 14, 2012, when it was filed in state court, the court finds that defendants' counsel should be able to prepare a response (if one has not already been prepared) forthwith and a five calendar day period is sufficient.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion for an order shortening time (doc. #8) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that defendants file their response to plaintiff's motion for preliminary injunction by 5:00pm Monday, April 2, 2012, and any reply thereto be filed by noon Wednesday, April 4, 2012.

DATED March 29, 2012.

_James C. Mahan_
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -