UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LELAND OZAWA, an individual; and
JANELLE OZAWA, an individual,

    Plaintiffs,

v.

THE BANK OF NEW YORK
MELLON FKA THE BANK OF NEW
YORK, et al.,

    Defendants.

2:12-CV-494 JCM (RJJ)

**ORDER**

    Presently before the court is plaintiffs Leland and Janelle Ozawa's motion for an order shortening time pursuant to Local Rule of Civil Practice 6-1. (Doc. #8). Defendants have not responded.

    Plaintiffs represent that this action, originally filed in the Eight Judicial District Court was set to have a preliminary injunction hearing on Monday, March 26, 2012. Defendants, instead of filing an opposition to the motion for preliminary injunction, exercised their right to remove the case. The case was removed to this court on Friday, March 23, 2012.

    Plaintiffs have an eviction hearing set for Monday, April 9, 2012, at 2:00pm. If this court hears the instant motion for preliminary injunction in the ordinary course, plaintiffs may be evicted from their property prior to the court reaching the merits of the motion.

**James C. Mahan**
**U.S. District Judge**

1  In light of these exigent circumstances the court finds that an order shortening time is
2 appropriate.  Furthermore, in light of the fact that the defendants had notice of the motion for
3 preliminary injunction since March 14, 2012, when it was filed in state court, the court finds that
4 defendants' counsel should be able to prepare a response (if one has not already been prepared)
5 forthwith and a five calendar day period is sufficient.
6  Accordingly,
7  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion for an
8 order shortening time (doc. #8) be, and the same hereby is, GRANTED.
9  IT IS FURTHER ORDERED that defendants file their response to plaintiff's motion for
10 preliminary injunction by 5:00pm Monday, April 2, 2012, and any reply thereto be filed by noon
11 Wednesday, April 4, 2012.
12  DATED March 29, 2012.

*James C. Mahan*
**UNITED STATES DISTRICT JUDGE**